# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 15-24387-GLT |
|     Richard J. Oddo, ) | |
| ) | Chapter 13 |
|     Debtor. ) | |
| _____ ) | |
| ) | |
|     Richard J. Oddo, ) | |
| ) | Related to Document No. |
|     Movant, ) | |
| ) | |
|     v. ) | Hearing Date and Time: |
| ) | |
|     Ditech Financial LLC, ) | |
| ) | |
|     Respondent. ) | |

## **CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Status Report and Portal Account History on the following parties at the addresses listed below on October 12, 2016, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: October 12, 2016

By:/s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jwrzosek@thompsonattorney.com