# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** RICHARD J. ODDO
**Case Number:** 15-24387-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 13, 2016 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#35 - Continued Confirmation of Plan Dated 2/15/2016 (NFC)
R / M #: 35 / 0

## Appearances:

Debtor: Leman
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Interim trial loan mod in effect through end of Oct.*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __1/19/17__ at __2:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/5/2016   2:19:43PM