Case 15-24387-GLT    Doc 78    Filed 10/19/16    Entered 10/19/16 14:57:29    Desc Main
                              Document         Page 1 of 1

FILED
10/19/16 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-24387-GLT |
| | : | Chapter:  13 |
| Richard J. Oddo | : | |
| | : | Date: 10/19/2016 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

*MATTER:*  #70 - Status Conference on Loss Mitigation
         #74 - Loss Mitigation Status Report

*APPEARANCES*:
         Debtor:    Brent Lemon
         Ditech:    Suzanne Ruschak

*NOTES:*

Lemon - All trial payments made.

Ruschak - Confirms that payments were made.  Ditech is in the process of generating the final loan modification documents.  Does not have the precise date on which the final payment was received.  Ditech is aware of the 14-day deadline by which to offer a final modification.

*OUTCOME:*

1. LMP period extended for 60 days.  Loan modification to be offered by Ditech consistent with W.PA.LBR 9020-6(f).  (Text Order to issue).

**DATED:**  10/19/2016