# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Richard J. Oddo,<br><br>    Debtor.<br>_____<br><br>Richard J. Oddo,<br><br>    Movant,<br><br>    v.<br><br>Ditech Financial LLC,<br><br>    Respondent. | Bankruptcy No. 15-24387-GLT<br><br>Chapter 13<br><br><br><br><br>Related to Document No.<br><br><br><br>Hearing Date and Time: |

## CERTIFICATE OF SERVICE

I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Authorize Loan Modification, Exhibit, Loan Modification Summary and Proposed Order, and the Notice of Hearing on the following parties at the addresses listed below on December 19, 2016, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: December 19, 2016

By:/s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
Penn Center East
400 Penn Center Blvd., Suite 306
Pittsburgh, PA 15235
(412) 823-8080 Telephone
(412) 823-8686 Facsimile
jwrzosek@thompsonattorney.com