**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Bankruptcy No. 15-24387-GLT |
|     Richard J. Oddo, ) | |
| ) | Chapter 13 |
|     Debtor. ) | |
| _____ ) | |
| ) | |
| Richard J. Oddo, ) | |
| ) | Related to Document No. |
|     Movant, ) | |
| ) | |
|     v. ) | Hearing Date and Time: |
| ) | |
| Ditech Financial LLC, ) | |
| ) | |
|     Respondent. ) | |

**CERTIFICATE OF SERVICE**

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Final Report and Portal Account History on the following parties at the addresses listed below on February 5, 2017, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  February 5, 2017

By:/s/Meghan Hodge
Meghan Hodge, Paralegal
Thompson Law Group, P.C.
Penn Center East
400 Penn Center Blvd., Suite 306
Pittsburgh, PA 15235
(412) 823-8080 Telephone
(412) 823-8686 Facsimile
mhodge@thompsonattorney.com