# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**FILED**
2018 OCT -4 P 12:18
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Conciliation Conference:**

- **Debtor:** RICHARD J. ODDO
- **Case Number:** 15-24387-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 04, 2018 09:00 AM    3251 USS
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#99 - Trustee's Certificate of Default to Dismiss
#102 - Response filed by Debtor - NO POP Yet
R / M #: 99 / 0

**Appearances:**

- Debtor:
- Trustee: Winnecour / Pail / Katz / DeSimone  *[Lemon circled]*
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*

Debtor is unemployed. Has a wrongful termination case — no resolution in prospect at this time.

Last payment posted 4/2/18

Arrears $6248.18 thru 9/18

26 months remaining

Trustee requests dismissal w/o prejudice in light of fact that Debtor has no current income. Doesn't appear feasible.

9/27/2018    2:54:15PM