Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard J. Oddo** | : | Case No. 15−24387−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per 10/4/2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this **The 4th of October, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24387-GLT
Richard J. Oddo                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Oct 04, 2018
                              Form ID: 309            Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Richard J. Oddo,    647 Overhill Drive,    North Versailles, PA 15137-2217
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC fka Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
14145681       +CBA Collection Bureau,    25954 Eden Landing Road,    Hayward, CA 94545-3837
14145682       +DS Waters of North America,    2300 Windy Ridge Pkwy,    Suite 500 N,   Atlanta, GA 30339-8577
14145683        Green Tree Servicing, LLC,    345 Peter Street,    1100 Landmark Towers,   Saint Paul, MN 55102
14145684       +KML Law Group, PC,    Mellon Independence Center,    Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1541
14145686       +Margaret D. Pattakos,    647 Overhill Drive,    North Versailles, PA 15137-2217
14145687       +Nicole Oddo,    647 Overhill Drive,    North Versailles, PA 15137-2217
14145689       +URE Federal Credit Union,    201 Beech Street,    East Pittsburgh, PA 15112-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Oct 05 2018 05:48:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,    Miami, FL  33131-1605
14145680       +EDI: CINGMIDLAND.COM Oct 05 2018 05:48:00     AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14167673        EDI: AIS.COM Oct 05 2018 05:48:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
14219306        E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2018 01:55:33      Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
14230941        EDI: RECOVERYCORP.COM Oct 05 2018 05:48:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14145688       +EDI: SWCR.COM Oct 05 2018 05:48:00     Southwest Credit,    4120 International Pkwy,
                 Carrollton, TX 75007-1958
14145690       +EDI: VERIZONCOMB.COM Oct 05 2018 05:38:00     Verizon,    500 Technology Drive, Suite 300,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Ditech Financial LLC, as authorized servicer for F
14145685        Margaret D. Pattakos
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer
               for Fannie Mae, as owner and holder of account/contract originated by Country Wide
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Brian C. Thompson    on behalf of Debtor Richard J. Oddo bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```