**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD J. ODDO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:15-24387 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/30/2015 and confirmed on 01/28/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,478.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,478.18 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,600.00 | |
|   Trustee Fee | 1,110.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,710.90 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2197 | | | | |
|   DITECH FINANCIAL LLC++ | 6,974.90 | 6,974.90 | 0.00 | 6,974.90 |
|     Acct: 2197 | | | | |
|   DITECH FINANCIAL LLC++ | 0.00 | 12,680.61 | 0.00 | 12,680.61 |
|     Acct: 2197 | | | | |
|   DITECH FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2197 | | | | |
|   URE FCU | 2,478.00 | 1,559.63 | 242.14 | 1,801.77 |
|     Acct: XXXXXXXXX2444 | | | | |
| | | | | 21,457.28 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD J. ODDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 6,100.00 | 3,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-24387 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| CBA COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1277 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5251 | | | | |
| URE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX2444 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 363.65 | 0.00 | 0.00 | 0.00 |
| Acct: 7004 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 128.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7235 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DS WATERS OF AMERICA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5117 | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5117 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 21,767.28 |
| TOTAL CLAIMED | |
| PRIORITY            310.00 | |
| SECURED          9,452.90 | |
| UNSECURED          492.34 | |

Date: 11/05/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com